**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/11/2023

**To:** Jonathan Vaughn
250 Piedmont Avenue, # 2115
Atlanta, GA 30308
Charge No: 410-2023-03645

| EEOC Representative and email: | SHERESA JOHNSON
Investigator
sheresa.johnson@eeoc.gov |
|---|---|

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-03645.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
09/11/2023

Darrell E. Graham
District Director

**Cc:**
Robyn Andrews
RMP Living
710 Peachtree Street, NE, Suite 100
Atlanta, GA 30308

Amanda Brookhuis
The Kirby G. Smith Law Firm
4488 N. Shallowford Road, Suite 105
Atlanta, GA 30338


Please retain this notice for your records.